CAUSE NO. W08-60213-J(D)
CAUSE NO. F10-01183
CAUSE NO. F10-01184
77,138-29

EX PARTE

SENRICK WILKERSON

IN THE CRIMINAL DISTRICT
COURT NO 3
DALLAS COUNTY, TEXAS

## MOTION FOR NUNC PRO TUNC

COMES NOW, SENRICK WILKERSON, APPLICANT in the above and styled numbered causes, and files this, his Motion for Nunc Pro Tunc, respectfully showing the Courts as follows:

### I.

The purpose of a "nunc pro tunc" order is to reflect correctly the judgment or order actually rendered by the court, which for some reason was not entered of record at the proper time, and to reflect the truth of what actually occurred. — Rodriquez V. State 42 S.W. 3d 181; Dickson V. State 988 S.W. 2d 261.

### II.

"Nunc pro tunc order" is used by court to make its records speak truth by correcting record at later date to reflect what actually occurred at trial. Ex parte Hogan 916 S.W. 2d 82.

### III.

On 9/7/2008, Applicant was arrested and arraigned in Magistrate Court 01, before the Honorable Magistrate Judge Janice Wolff. The charges that were read to Applicant were specifically: F08-60213 Compelling prostitution & F08-60222 AGG promotion of prostitution. Applicant was released on bail, on 9/8/2008, for both offenses and while out of jail on bond, Applicant was indicted on 10/13/2008.

Dallas County District Clerk's office is showing four (4) different arrest dates for F10-01183 sexual performance by a child & F10-01184 sexual assault on a child; which are:

1. The JUDGMENT OF CONVICTION BY JURY & NOTICE OF DISPOSITION documents show Applicant was arrested on 9/7/2008.

2. The Judicial Information & Criminal History Records both show Applicant was arrested on 12/17/2010.

Page 1 of 3

**MOTION DENIED**
DATE: 5-18-15
BY: _____

3. Former U.S. District Court Magistrate Judge Jeff Kaplan, had stated in his findings that, Applicant was arrested in September of 2010. See Case No. 3:11-CV-00659-B, page ID 53.

4. The capias arrest warrants were issued on 11/29/2010, and also DISMISSED ON MOTION OF DISTRICT ATTORNEY, on 11/29/2010. These warrants show Applicant was arrested on Dec. 23, 2010.

For cause Nos. F10-01183 & F10-01184, the prosecutor Brooke B. Grona-Robb never once presented these tainted sex offenses before any Magistrate Judge or grand jury. But she filed a Motion with this Court to Consolidate cause Nos. F08-60213, F10-01182, F10-01183 F10-01184 & F10-01185. These errors resulted in an improper judgment, and the Courts must review the entire records from cause Nos. F08-60213, F10-01182, F10-01183, F10-01184 & F10-01185. See TEX. R. APP. P. 44.1(a); Alvarado, 897 S.W. 2d at 753-754; and Tex. Dep't Of Transp. V. Able 35 S.W. 3d 608, 617 (Tex. 2000).

IV.

The Records show that Applicant was released on bail, on 9/8/2008, for cause No. F08-60213, and bond was taken and approved by Dallas County Sheriff Lupe Valdez, on 9/10/2008. The Bond Card number is 8962.

However, for cause Nos. F10-01182, F10-01183 & F10-01184, the Dallas County Sheriff bond section show that Applicant posted some so-called "PR" bonds, on 2/24/2011. For cause No. F10-01185, it shows a regular bond RECEIPT in the amount of $10,000, with a posted date as 2/24/2011. The AIS bond detail information from cause Nos. F10-01182, F10-01183, F10-01184 & F10-01185, all show that Applicant posted PR bonds on 2/24/2011.

This Nunc Pro Tunc entry is proper, and Applicant respectfully move this Court to correct all of the following clerical mistakes found in above, four cause Nos. F10-01183 & F10-01184, Tex. R. Civ. P. 316; Ortiz v. O.J. Beck & Sons, Inc. 611 S.W. 2d at 864 & Ferguson V. Naylor 860 S.W. 2d 123. Such corrections should show the

following from Cause Nos. FOB-60213, F10-01183 & F10-01184:

1. The Arrest Reports,
2. The offense reports,
3. The Complaint affidavits,
4. The probable cause informations,
5. The sworn arrest affidavits,
6. All files,
7. The arraignment sheets, and
8. The first preliminary initial appearance sheets.

In closing, this Court will not respond to the Motions that are filed by Applicant, violating his due process. Also, the only Records that Applicant has ever received were the incomplete Clerk's records, in June of 2014, after the Appeals Court continued to ORDER the Clerk to file them, from Cause Nos. F10-01183 & F10-01184.

WHEREFORE PREMISES CONSIDERED, Applicant prays that this Motion is granted.

Respectfully submitted,

SENRICK WILKERSON 1885146

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2015, the foregoing document has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd., LB12, Dallas, TX 75207 & Court of Criminal Appeals, P.O. Box 12308, Austin, TX 78711.

SENRICK WILKERSON

ORDER

The Motion for Nunc Pro Tunc is hereby: (Granted / Denied); and the hearing date is set for, _____, 2015, at _____ am/pm, in District Court No. _____.

_____
JUDGE

P.S.
Safeguard My Liberty
Page 3 of 3